**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDWARD L. MESICK and  ADRIENNE L. MESICK, on behalf of themselves and a class, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 CV 2695  Judge Amy J. St. Eve |
| vs. | ) ) | Magistrate Judge Arlander Keys |
| FREEDMAN, ANSELMO, LINDBERG  & RAPPE LLC, | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:** See attached service list.

    **PLEASE TAKE NOTICE** that on Wednesday, May 21, 2008 at 8:30 a.m., we will appear before Judge Amy J. St. Eve in Room 1241 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and there present: **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**, a copy of which has been filed electronically and is hereby served upon you.

                                                      s/ Daniel A. Edelman
                                                      Daniel A. Edelman

Daniel Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

        I, Daniel A. Edelman, hereby certify that on May 13, 2008, the foregoing document was filed electronically using the Court's CM/ECF system.  On the same day, a copy of the foregoing document was sent for service via process server on the following:

Freedman, Anselmo, Lindberg & Rappe, LLC
c/o Steven C. Lindberg, Registered Agent
1807 West Diehl Road, Suite 333
Naperville, IL 60563

                                                s/ Daniel A. Edelman
                                                Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)