**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Edward L Mesick, et al.

                                    Plaintiff,

v.                                                          Case No.: 1:08–cv–02695
                                                                Honorable Amy J. St. Eve

Freedman, Anselmo, Lindberg & Rappe, LLC

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Motion to certify class [9] is denied, without prejudice. Defendants are put on notice that plaintiffs intend to seek Class Certification in this case as set forth in the Complaint. Motion hearing held on 5/21/2008 regarding motion to certify class[9]. Status hearing set for 6/25/2008 at 8:30 AM to stand.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.