AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

EDWARD L. MESICK and ADRIENNE L. MESICK, on behalf of themselves and a class, Plaintiffs,

V.

FREEDMAN, ANSELMO, LINDBERG & RAPPE, LLC,
Defendant.

CASE NUMBER: 08CV2695　EDA
JUDGE ST. EVE
MAGISTRATE JUDGE KEYS

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

FREEDMAN, ANSELMO, LINDBERG & RAPPE, LLC
c/o Steven C. Lindberg, Registered Agent
1807 West Diehl Road
Suite 333
Naperville, IL 60563

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
(By) DEPUTY CLERK

May 9, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MAY 22, 2008 |
| NAME OF SERVER (PRINT) Robert W. Brindac Jr | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1807 Divite Trum, #/20, Naperville. Served Melissa Schroder, H.R. Representative for Defendant.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 05/22/08
Date

Signature of Server

Brindac & Son
Private Investigations
6912 Main Street Suite #10
Downers Grove, IL 60516
Phone (630) 243-7393

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT NORTHERN ILLINOIS

Edward L. Mesick and Adrienne L. Mesick   )
                                          )
                                          )
            Plaintiff,                    )
                                          )
              -Vs-                        ) Case Number:  08 CV 2695 EDA
Freedman, Anselmo, Lindberg & Rappe, LLC. )
                                          )
            Defendant.                    )
                                          )
                                          )
                                          )
                                          )

**BRINDAC & SON PRIVATE INVESTIGATIONS, AGENCY NUMBER: 117-001178**
6912 Main Street, Suite 10, Downers Grove, IL. 60516
**AFFIDAVIT OF SERVICE**

ROBERT W. BRINDAC, JR., a licensed private detective ( License Number 115-001193 ), being first duly sworn on oath, deposes and states that he made service upon **Freedman, Anselmo, Lindberg & Rappe on May 22nd., 2008, 11:30 a.m., at 1807 West Diehl Road, Suite # 120, Naperville,**

Illinois as follows:

*Personal Service*:   a.____ By leaving a copy of the

*Adobe Sub-Service:* b.____By leaving a copy of the                              at the usual place of adobe of each individual with a person of the family of said individual, of the age of thirteen (13) years or upwards, informing that Person of the contents and by sending a copy in a sealed envelope with postage fully prepaid addressed to said individual at his place of adobe;

*Corporate Service*: c.__X__By leaving a copy of the Complaint, Class Action, Summons, Notice of Motion, Plaintiff's Motion for Class Certification and Memorandum in Support of Plaintiff's Motion for Class Certification, *with Melissa Schrader, the H.R Representative*, with the registered agent, officer or agent of the defendant; and that *Schrader is a female white approximately 35 years of age, 5'2 tall, 115 lbs, with dark rimmed glasses and light brown hair.*

SUBSCRIBED and SWORN to
before me this 26th day
of May 2008

_____
NOTARY PUBLIC

Robert W. Brindac Jr.

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/09