# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| Edward L. Mesick, and ) | |
| Adrienne L. Mesick, ) | |
| on behalf of themselves and a class, ) | |
| ) | Case No.: 08 C 2695 |
| Plaintiffs, ) | |
| ) | Judge St. Eve |
| v. ) | |
| ) | |
| Freedman, Anselmo, Lindberg, ) | |
| & Rappe, LLC, ) | |
| ) | |
| Defendant. ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Freedman, Anselmo, Lindberg, & Rappe, LLC**

| |
|---|
| SIGNATURE  s/Justin M. Penn |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle St., Suite 300 |
| CITY/STATE/ZIP  Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06283726 | (312) 704-3157 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

6328680v1 889300

## CERTIFICATE OF SERVICE

    I hereby certify that on June 11, 2008, I electronically filed **Defendant's Appearance,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                      By:    s/Justin M. Penn
                              Justin M. Penn
                              Attorney Bar No. **06283726**
                              HINSHAW & CULBERTSON
                              222 N. LaSalle Street, Ste 300
                              Chicago, IL 60601
                              (312) 704-3000
                              jpenn@hinshawlaw.com

6328680v1 889300