IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Edward L. Mesick, and <br> Adrienne L. Mesick, <br> on behalf of themselves and a class, <br><br> Plaintiffs, <br><br> v. <br><br> Freedman, Anselmo, Lindberg, <br> & Rappe, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No.: 08 C 2695 <br> ) <br> ) Judge St. Eve <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

To:   All Counsel of Record

PLEASE TAKE NOTICE that, on **June 18, 2008, at 8:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge St. Eve in Courtroom 1241 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **Motion for Enlargement of Time,** a copy of which is attached hereto and is herewith served upon you.

Respectfully submitted,

**Freedman, Anselmo, Lindberg, & Rappe, LLC**


By:   s/Justin M. Penn
One of the Attorneys for Defendant

Justin M. Penn
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

6328684v1 889300

## **CERTIFICATE OF SERVICE**

      I, the undersigned, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on June 11, 2008.

                                                      s/Justin M. Penn
                                                      Justin M. Penn

6328684v1 889300