# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Edward L Mesick, et al.

                                        Plaintiff,

v.                                                       Case No.: 1:08–cv–02695
                                                                Honorable Amy J. St. Eve

Freedman, Anselmo, Lindberg & Rappe, LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Defendant's motion for extension of time [16] is granted. Defendant to answer or otherwise plead to plaintiff's class action complaint by 7/2/08. No appearance is required on the noticed date of 6/18/08. Status hearing remains set for 6/25/08 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.