UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Edward L Mesick, et al.
                                         Plaintiff,

v.                                       Case No.: 1:08–cv–02695
                                         Honorable Amy J. St. Eve

Freedman, Anselmo, Lindberg & Rappe, LLC
                                         Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/25/2008 and continued to 8/21/08 at 8:30 a.m. Rule 26(a)(1) disclosures by 7/25/08. Written discovery to be issued on or before 8/1/08. Amendments to pleadings and joinder of additional parties by 10/24/08. Fact discovery to close 2/25/09. Plaintiff's expert disclosure by 3/25/09. Defendant's expert disclosure by 4/27/09. Dispositive motions with supporting memorada to be filed by 5/13/09. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.